# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY __MC__
Deputy Clerk

Mar 4, 2015

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 04, 2015

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 14-14413-CC
Case Style: USA v. Julio Velez
District Court Docket No: 1:14-cr-20228-MGC-1

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Joe Caruso, CC
Phone #: (404) 335-6177

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 14-14413-CC

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JULIO CESAR VELEZ,

Defendant - Appellant.

---
On Appeal from the United States District Court for the
Southern District of Florida
---

BEFORE:    WILLIAM PRYOR and JULIE CARNES, Circuit Judges.

BY THE COURT:

Appellant's voluntary motion to dismiss the appeal with prejudice is GRANTED.